585 A.2d 379

NEW JERSEY CHAPTER OF THE NATIONAL ASSOCIATION OF INDUSTRIAL AND OFFICE PARKS v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION.

September 18, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 145, 574 *A.*2d 514.)

585 A.2d 380

NEW JERSEY CHAPTER OF THE NATIONAL ASSOCIATION OF INDUSTRIAL AND OFFICE PARKS v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION.

September 18, 1990.

Cross-petition for certification denied. (See 241 *N.J.Super.* 145, 574 *A.*2d 514.)

585 A.2d 380

GEORGE WILLIAMS v. APRIL LYNN STEDMAN.

September 18, 1990.

Petition for certification denied.

585 A.2d 380

STANLEY J. OCZKOWSKI v. JANINA OCZKOWSKI.

September 18, 1990.

Petition for certification denied.